IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CEARA M. WOODY,

    Plaintiff,

vs.

BAYVIEW LOAN SERVICING, LLC,

    Defendant.

Case No. 14-cv-475-JPG-DGW

## MEMORANDUM AND ORDER

This matter comes before the Court on defendant Bayview Loan Servicing, LLC's motion to strike paragraph 9 and portions of paragraph 8 of Plaintiff Ceara M. Woody's complaint (Doc. 6). Defendant's motion was filed on May 1, 2014. Pursuant to Local Rule 7.1(c), plaintiff's response was due 30 days after the motion was filed, but 30 days have passed and plaintiff has not responded. The Court may, it its discretion, construe a party's failure to file a timely response as an admission of the merits of the motion. Local Rule 7.1(c). The Court hereby **ORDERS** plaintiff to **SHOW CAUSE** on or before July 30, 2014, why the Court should not construe her failure to timely respond to the motion as an admission of the merits of the motion. Failure to respond in a timely manner to this order may result in dismissal of this action for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(b) and the Court's inherent authority to manage its docket. *See In re Bluestein & Co.*, 68 F.3d 1022, 1025 (7th Cir. 1995).

**IT IS SO ORDERED.**

**DATED:** July 16, 2014

                              s/ J. Phil Gilbert
                              **J. PHIL GILBERT**
                              **DISTRICT JUDGE**