IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CEARA M. WOODY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.   14-cv-475 JPG/DGW |
| ) | |
| BAYVIEW LOAN SERVICING, LLC, ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM AND ORDER**

This matter comes before the Court on the parties' stipulation of dismissal (doc. 10). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) a plaintiff may dismiss an action without a court order pursuant to a stipulation signed by all parties. Here, the parties have presented a stipulation of dismissal. Pursuant to the parties' stipulation, this case is **DISMISSED** with prejudice and the Court **DIRECTS** the Clerk of Court to close this case.

DATED: July 30, 2014

*s/ J. Phil Gilbert*
UNITED STATES DISTRICT JUDGE